IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

## UNCLAIMED DIVIDENDS/DIVIDENDS LESS THAN $5 FOR DEPOSIT TO REGISTRY FUND

DEBTOR: ___KELLY, BRENDAN___

CASE NO.: ___08-00681___

**FILED**

FEB 2 3 2011

CLERK
U.S. BANKRUPTCY
By _____
Deputy Clerk

PLEASE CHECK ONE:

_____ UNCLAIMED DIVIDENDS

__X__ DISTRIBUTION LESS THAN $5

| CREDITOR/ADDRESS | CLAIM NO. | AMOUNT |
|---|---|---|
| Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | 15 | $1.44 |
| Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | 21 | $4.73 |
| GCI<br>c/o Bonnie Paskvan, Corp Counsel<br>2550 Denali Street, Suite 1000<br>Anchorage, AK 99503 | 24 | $1.07 |

INTEREST EARNED SUBSEQUENT TO DISTRIBUTION OF DIVIDENDS

$ _____

TOTAL:   $ ___7.24___

DATE: ___February 21, 2011___

TRUSTEE